J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| HUB GROUP, INC., HUB GROUP TRUCKING, INC., | CASE NO. 5:25-cv-00399-MRA-SPx |
|---|---|
| Plaintiffs, | **STIPULATED JUDGMENT IN A CIVIL ACTION** |
| vs. | |
| JOSE E. TORRES, | |
| Defendant. | |

4038264.4

## STIPULATED JUDGMENT

Pursuant to the Court's Order Granting the Parties' Joint Stipulation for Entry of Judgment (Dkt. 26), which is not based on any admission of fault or liability by Defendant Jose E. Torres ("Defendant"), the Court has ORDERED that:

1. This Stipulated Judgment is ENTERED in favor of Plaintiffs Hub Group, Inc. and Hub Group Trucking, Inc. (collectively "Plaintiffs") and against Defendant, Jose E. Torres, in the amount of $1,414,443.52 (the "Judgment Amount"), which includes $232,967 in attorney's fees and $1,181,476.52 in damages alleged from the Complaint (Dkt. 1);

2. Per the Parties' agreement, this Stipulated Judgment only concerns the alleged fraud in the Complaint (*i.e.*, $1,181,476.52 in allegedly fraudulent payments that Defendant allegedly made to himself under the guise of paying for lumper services via EFS checks from April 2024 through January 2025) and attorneys' fees to date. Dkt. 1 ¶¶ 16, 18-19. This Stipulated Judgment does not concern any other fraud that Plaintiffs may allege Defendant to have committed and any remedy that Plaintiffs may seek related to such other fraud. In the event that Plaintiffs were to bring a separate case that alleges any other fraud and seeking any remedy for such other fraud, Defendant waives any argument that the instant case, Complaint (Dkt. 1), or Stipulated Judgment preclude Plaintiffs from suing him for any other fraud. This waiver includes any argument Defendant would have under the doctrines of issue preclusion, collateral estoppel, or res judicata.

3. The following financial institutions are directed to liquidate the following accounts belonging to Defendant and, in full satisfaction of this Stipulated Judgment, subject to the conditions outlined in the Joint Stipulation, send all net proceeds from them to Plaintiffs within 5 business days from receipt of this Stipulated Judgment. Within those same 5 days, they shall also provide Plaintiffs' counsel statements for the below accounts from January 1, 2025, through the date of the signing of this Stipulated Judgment:

    a. Fidelity Investments: The following accounts about which Fidelity Workplace Services, LLC, provided information to William E. Johnston on March

|   |   |
|---|---|
| 1 | 31, 2025: (1) Jose E. Torres's Hub Group Employee Profit Sharing and Trust Plan, |
| 2 | which had a balance of $20,994.63 on January 31, 2025; and (2) an XPO Logistics, |
| 3 | Inc. 401(k) Plan in the name of Jose E. Torres, which had a balance of $121,548.20 |
| 4 | on January 31, 2025; |
| 5 |       b.     JP Morgan Chase Bank, N.A. ("JPMC"): The following accounts |
| 6 | belonging to Jose E. Torres about which JPMC provided information to William E. |
| 7 | Johnston on February 19, 2025 (balances reflect those from the February 19, 2025, |
| 8 | letter): (1) Account ending in 6327 with a value of $32,831.26; (2) Account ending |
| 9 | in 8296 with a balance of $100,841.98; (3) Account ending in 8297 with a balance |
| 10 | of $302,630.74; Notwithstanding the above, Defendant may receive $4,500 from |
| 11 | the Account ending in 6327 with the balance going to Plaintiffs in accordance with |
| 12 | the directions above; |
| 13 |       c.     Robinhood: The following accounts belonging to Jose Torres that |
| 14 | Robinhood provided information to William E. Johnston about on March 28, 2025: |
| 15 | (1) Account ending in 8135 with a balance of $15,339.89 on December 31, 2024; |
| 16 | (2) Account ending in 4636 with a balance of $201,153.81 on January 31, 2025. |
| 17 |       d.     Vanguard: The following account belonging to Jose E. Torres about |
| 18 | which Vanguard provide information to William E. Johnston on April 9, 2025: |
| 19 | Account ending in 2140 with a balance of $3,464.38 on March 31, 2025. |
| 20 | 4.     The Court retains jurisdiction to enforce the terms of the Joint Stipulation |
| 21 | and this Stipulated Judgment and, upon Plaintiffs' petition, issue whatever writs and other |
| 22 | enforcement orders necessary to enforce this Stipulated Judgment. |
| 23 | |
| 24 | IT IS SO ORDERED |
| 25 | |
| 26 | Dated: April 23, 2025                _____ |
| 27 |                                      Hon. Mónica Ramírez Almadani |
| 28 |                                      United States District Judge |